UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRE SSP PROPERTY OWNER LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-0300 W (BLM)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [DOC. 3]** |

Pursuant to F.R.Civ.P. 41(a)(2), Plaintiff moves to dismiss this case with prejudice. Good cause appearing, this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 26, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge